## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District CV 07 – 0413 – AC |
|---|---|

| Name (under which you were convicted): Frank E. Gable | Docket or Case No.: 90C 20442 |
|---|---|

| Place of Confinement: Oregon State Prison / Nevada State Prison | Prisoner No.: 94488 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Frank E. Gable v. | Max Williams |

| The Attorney General of the State of Hardy Myers |
|---|

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Circuit Court of the State of Oregon, Marion County, Salem Oregon.

   (b) Criminal docket or case number (if you know): ~~95C120411~~ 90C20442

2. (a) Date of the judgment of conviction (if you know): July 16, 1991

   (b) Date of sentencing: Aug, 1991

3. Length of sentence: life w/par without parole

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   Aggravated murder
   _____
   _____
   _____
   _____

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☒✓         (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐              (4)  Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____
   _____
   _____
   _____

_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑    No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Oregon Court of Appeals._

(b) Docket or case number (if you know): _____

(c) Result: _affirmed_____

(d) Date of result (if you know): _April 20, 1994_____

(e) Citation to the case (if you know): _?_____

(f) Grounds raised: _e denied effective assistance of counsel, judges_
_failure to fairly rule_____

_____
_____
_____
_____

(g) Did you seek further review by a higher state court?    Yes ☑    No ☐

If yes, answer the following:

(1) Name of court: _Circuit Court of the state of Oregon, Marion County_

(2) Docket or case number (if you know): _95C12041_____

(3) Result: _affirmed_____

_____

(4) Date of result (if you know): _2000_____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _denied effective assistance of counsel, failure to_
_meet with defendant, failure to ~~strateo~~ plan an effective defense strategy,_
_failure to give alibi notice, effectively cross-examine witnesses._

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑    No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _?_____

Page 4

(2) Result: affirmed _____

_____

(3) Date of result (if you know): unknown to me _____

(4) Citation to the case (if you know): unknown _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Oregon Supreme Court _____

(2) Docket or case number (if you know): unknown 95C-12041  A113425

(3) Date of filing (if you know): unknown ? June 28, 2005

(4) Nature of the proceeding: _____

(5) Grounds raised: ● ineffective assistance of counsel _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?       Yes ☑ No ☐

(7) Result: part affirmed, sentence Vacated and remanded

(8) Date of result (if you know): ~~Dec 12, 2006~~ unknown

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?         Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?         Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your

petition, application, or motion?

(1)  First petition:        Yes ❑   No ❑

(2)  Second petition:    Yes ❑   No ❑

(3)  Third petition:       Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: Denied effective assistance of counsel, counsel failed to:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
① meet with defendant and keep him advised ② meet with defendant before trial to plan effective defense strategy ③ Give an alibi notice ④ Read reports and discovery furnished by State of Oregon ⑤ Read the defense reports consult with them on an ongoing basis and effectively use the information investigators provided ⑥ adequately investigate Tim Natividads and John Crouse's involvement in murder. 7. Object to an grounds of Ex Post Facts the court submitting life without parole.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

(c) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☑  No ☐
    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑  No ☐
    (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: Post conviction relief
    Name and location of the court where the motion or petition was filed: _____
    Circuit Court State of Oregon Marion County.

Page 7

Docket or case number (if you know): __95C12C41__

Date of the court's decision: __2000__

Result (attach a copy of the court's opinion or order, if available): __affirmed__

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☑  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Oregon Court of Appeals__

Docket or case number (if you know): __? 95C #12641 - A113425__

Date of the court's decision: __unknown__

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

__ineffective of counsel__

_____

_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** __Defendant was denied right to testify__

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

__Defense counsel failed to allow petitioner to testify in his own__
__behalf in guilt phases portion of the trial knowing that he was__
__unwilling to waive his right to testify in his own behalf.__

_____

_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c)  Direct Appeal of Ground Two:

  (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☑  No ☐

  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____
_____

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
  state trial court?

     Yes ☑  No ☐

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Oregon Appeals court

  Name and location of the court where the motion or petition was filed: Salem Oregon
  Court of Appeals

  Docket or case number (if you know): unknown

  Date of the court's decision: unknown

  Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

  (3) Did you receive a hearing on your motion or petition?

     Yes ☑  No ☐

  (4) Did you appeal from the denial of your motion or petition?

     Yes ☑  No ☐

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☑  No ☐

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: Oregon Supreme court
_____

Docket or case number (if you know): unknown ~~1995~~ ?

Date of the court's decision: unknown 2005 ?

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____ ineffective assistance of counsel _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** Denied his right to due process, right to be heard
by himself, Judge West failed to:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) Give the defendant an opportunity to be heard on letter dated April
2nd 1991 in which he request a hearing on his attorneys failures to
consult with him and prepare for trial. (2) give defendant opportunity
to be heard on letter dated July 1, 1991. (3) Postpone the trial or
grant appropriate relief when all defense investigators presented
a letter Bob Abel and John Storkel delivered to court attorney not prepared.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

Page 10

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _post conviction_

Name and location of the court where the motion or petition was filed: _____

_Circuit Court state of Oregon Marion County_

Docket or case number (if you know): _95C12C4)_

Date of the court's decision: _2000_

Result (attach a copy of the court's opinion or order, if available): _affirmed_

_____

_____

(3) Did you receive a hearing on your motion or petition?
Yes ☑  No ☑

(4) Did you appeal from the denial of your motion or petition?
Yes ☑  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Oregon Appeals court_

_____

Docket or case number (if you know): _unknown_

Date of the court's decision: _2005_

Result (attach a copy of the court's opinion or order, if available): _affirm in part/_
_sentence remanded_

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____ ineffective assistance of counsel _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

Page 11

GROUND FOUR: Indictment on which defendant was charged was invalid for following reasons:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

① The foreman of grand jury Thomas Denney OSB No. 66034 was career prosecutor employed by dept. of justice, which was involved in the investigation of the Francke homicide and should of been excused.

② Oregon state police office William Pierce was permitted to sit in on the grand jury proceedings violating ORS 16.050 (2)

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

ineffective assistance of counsel

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post conviction appeal

Name and location of the court where the motion or petition was filed: _____

Circuit Court state of Oregon Marion County

Docket or case number (if you know): 95C12091

Date of the court's decision: 2000

Result (attach a copy of the court's opinion or order, if available): not available

(3) Did you receive a hearing on your motion or petition?

Yes ☑  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Oregon Appeals Court

Docket or case number (if you know): unknown

Date of the court's decision: 2005

Result (attach a copy of the court's opinion or order, if available):

affirmed in part / sentence hearing ordered

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ineffective assistance of counsel.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ❑      No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Sentencing issue Ex post facto ineffective assistance of counsel failed to fail appeal notice in a timely manner.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ❑      No ☑

## Fifth Claim of Relief

Petitioner Gable alleges that he was denied effective assistance of appellate counsel, counsel failed to:

1. Properly and adequately argue all issues raised by trial counsel, In particular, the trial court failed to allow petitioners attorney to present evidence that Timothy Natividad and John Course were involved in the murder of Michael Francke.

2. Properly raise on appeal that the indictment was in violation of ORS 10.050(2) because Foreman Thomas Denney was a career prosecuter employed by dept. of Justice for state of Oregon and because unauthorized persons were allowed to sit in during grand jury testimony.

### six claim of relief

Petitioner Gable alleges that he was denied due process for the following reasons.

1. The prosecutors Bostwick and Moore failed to disclose exculpatory evidence and failed to disclose plea agreements or premises.

Petitioner Gable requests that this court reverse his conviction vacate his sentence and release him from custody.

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❑    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Robert Abel and John Storkel
     address unknown to me!

(b) At arraignment and plea: Robert Abel and John Storkel
_____

(c) At trial: Robert Abel and John Storkel
_____

(d) At sentencing: Robert Abel and John Storkel
_____

(e) On appeal: not sure of his name
_____

(f) In any post-conviction proceeding: Ken Hadley Baker City Oregon
_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
     David Celuch Portland
_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☑ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___Feb Federal Court house Portland Oregon_____

_____

(b) Give the date the other sentence was imposed: __Sept. 1991 ?_____

(c) Give the length of the other sentence: __16yrs. CS_____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     Yes ☐  No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _vacate conviction and sentence and release petitioner/order new jury trial_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 16, 2007_ (month, date, year).

Executed (signed) on _March 16, 2007_ (date).

_____
Signature of Petitioner

_____
*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Frank E. Gable

         Petitioner

            Vs.                     Case No: _____

Max Williams

Oregon dept. Corrections

         Defendant

1.

Comes now the above named petitioner pro·se and respectfully files this motion seeking appointment of court appointed counsel.

2.

Petitioner is indigent and unable to afford or attain counsel on his own. Wherefore, Petitioner prays this court for an order appointing counsel.

Respectfully submitted,

Dated March 16, 2007         Frank E. Gable

                            Frank E. Gable

1 of 1

## Certificate of Service

I, petitioner Frank E. Gable certify the foregoing information is true and correct.

Respectfully Submitted,

Frank E. Gable
Frank E. Gable

Dated March 16, 2007

1 of 1