HARDY MYERS
Attorney General
SUMMER R. GLEASON  #921127
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: summer.r.gleason@state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK E. GABLE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MAX WILLIAMS,<br><br>　　　　　　Respondent. | Case No. 07-413-AS<br><br>JOINT MOTION TO STAY JUDGMENT<br>PENDING STATE APPEAL |

The parties respectfully move this court for an order granting a stay of the proceedings in this case, pending the resolution of petitioner's state court appeal. Pursuant to L.R. 7.1(a), counsel for respondent certifies that petitioner's counsel, Nell Brown, Assistant Federal Public Defender, joins in this motion.

Page 1 -   JOINT MOTION TO STAY JUDGMENT PENDING STATE APPEAL

This motion is supported by the attached affidavit of Summer R. Gleason, Senior

Assistant Attorney General.

DATED this 30th day of November, 2007.

Respectfully submitted,

HARDY MYERS
Attorney General

_____
SUMMER R. GLEASON #921127
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Summer.R.Gleason@doj.state.or.us
Of Attorneys for Respondent

Page 2 -    JOINT MOTION TO STAY JUDGMENT PENDING STATE APPEAL
        SRG/sg5/TRIT5456

## CERTIFICATE OF SERVICE

I certify that on November *30* , 2007, I served the foregoing JOINT MOTION TO STAY

JUDGMENT PENDING STATE APPEAL upon the parties hereto by the method indicated

below, and addressed to the following:

Nell Brown                                     ___ HAND DELIVERY
Assistant Federal Public Defender              ___ MAIL DELIVERY
101 SW Main Street, Suite 1700                 ___ OVERNIGHT MAIL
Portland, OR 97204                             ___ TELECOPY (FAX)
                                               ___ E-MAIL
                                               _X_ E-FILE


_____
SUMMER R. GLEASON #921127
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Summer.R.Gleason@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
           SRG/gcz/1RIR4471