FREDERICK M. BOSS
Deputy Attorney General
BENJAMIN GUTMAN
Solicitor General
NICK M. KALLSTROM
Assistant Attorney General
SAMUEL A. KUBERNICK
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Benjamin.Gutman@doj.state.or.us
       Nick.M.Kallstrom@doj.state.or.us
       Samuel.A.Kubernick@doj.state.or.us

Attorneys for Respondent-Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK E. GABLE,<br><br>   Petitioner-Appellee,<br><br>   v.<br><br>MAX WILLIAMS,<br><br>   Respondent-Appellant. | U.S.C.A. No. 3:07-cv-00413-AC<br><br>NOTICE OF APPEAL |

Notice is given that respondent, Max Williams, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on April 18, 2019, by the Honorable John V. Acosta of the United States District Court for the District of Oregon.

Page 1 - NOTICE OF APPEAL
    BG2:bmg/9593272

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-3997

Respectfully submitted,

FREDERICK M. BOSS
Deputy Attorney General

/s/ Benjamin Gutman
_____
BENJAMIN GUTMAN
Solicitor General
NICK M. KALLSTROM
Assistant Attorney General
SAMUEL A. KUBERNICK
Assistant Attorney General
Benjamin.Gutman@doj.state.or.us
Nick.M.Kallstrom@doj.state.or.us
Samuel.A.Kubernick@doj.state.or.us

Attorneys for Respondent-Appellant
Max Williams

Page 2 - NOTICE OF APPEAL
BG2:bmg/9593272

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-3997

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I directed the Notice of Appeal to be electronically filed with the Clerk of the Court for the United States District Court for the District of Oregon by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Benjamin Gutman
_____
BENJAMIN GUTMAN
Solicitor General
benjamin.gutman@doj.state.or.us

Attorney for Respondent-Appellant

Page 3 - NOTICE OF APPEAL
BG2:bmg/9593272

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-3997