**Nell Brown**
**Mark Ahlemeyer**
**Assistant Federal Public Defenders**
**101 SW Main Street, Suite 1700**
**Portland, Oregon 97204**
**Tel:    (503) 326-2123**
**Fax:    (503) 326-5524**
**Email: nell_brown@fd.org**
**Email: mark_ahlemeyer@fd.org**

**Attorneys for Petitioner**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANK E GABLE,** | |
| **Petitioner,** | **Case No. 3:07-cv-00413-AC** |
| **v.** | **NOTICE OF CROSS-APPEAL** |
| **MAX WILLIAMS,** | |
| **Respondent.** | |

Notice is hereby given that Petitioner Frank E. Gable hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on April 18, 2019, by the Honorable John V. Acosta, which granted in part, and denied in part, Petitioner's petition for writ of habeas corpus.

Respectfully submitted on May 20, 2019.

/s/ Nell Brown
Nell Brown, Assistant Federal Public Defender

/s/ Mark Ahlemeyer
Mark Ahlemeyer, Assistant Federal Public Defender
Attorneys for Petitioner

**Page 1 – NOTICE OF CROSS-APPEAL**