**Nell Brown**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:    (503) 326-2123**
**Fax:    (503) 326-5524**
**Email: nell_brown@fd.org**

**Attorney for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANK E. GABLE** | |
| Petitioner, | Case No. 3:07-cv-00413-AC |
| v. | **UNOPPOSED MOTION TO MODIFY SCHEDULE** |
| **MAX WILLIAMS,** | |
| Respondent. | |

Petitioner, Frank Gable, through his attorney, Nell Brown, hereby moves for an order modifying the briefing schedule set by the Court on May 16, 2019.  CR 172.  The parties agree to the following proposed revised schedule: (1) Petitioner's response is due no later than May 31, 2019; (2) Respondent's reply, limited to 10 pages, is due no later than June 14, 2019; (3) Oral argument is to be scheduled for the week of June 17, 2019, at a time convenient to the Court.  This request is supported by the accompanying declaration.  Assistant Attorneys General Samuel Kubernick and Nicholas Kallstrom, counsel for Respondent, do not object to this motion.

Respectfully submitted on May 21, 2016.

/s/ *Nell Brown*
Nell Brown, Assistant Federal Public Defender
Attorney for Petitioner

**Page 1 – UNOPPOSED MOTION TO MODIFY SCHEDULE**