**Nell Brown**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, Oregon  97204**
**Tel:   (503) 326-2123**
**Fax:   (503) 326-5524**
**Email: nell_brown@fd.org**

**Attorney for Petitioner**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANK E. GABLE** | Case No. 3:07-cv-00413-AC |
| Petitioner, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO MODIFY SCHEDULE** |
| **MAX WILLIAMS,** | |
| Respondent. | |

I, Nell Brown, declare:

1. I am the attorney of record in this case.

2. On May 15, 2019, the Respondent filed its Motion for Stay and supporting memorandum. CR 171.  On May 16, 2019, the Court set the following schedule: Petitioner's response is due on June 5, 2019.  Respondent's reply is due on June 24, 2019. Oral argument is scheduled for July 9, 2019, at 9:30 a.m.  Modification of this schedule is requested because undersigned counsel has long planned to be outside the District of Oregon in July.

3. Assistant Attorneys General Samuel Kubernick and Nicholas Kallstrom, counsel for Respondent, have advised that the Respondent has no objection to the proposed revised schedule.

4. This motion is made in good faith and not for the purposes of delay.

**Page 1 – DECLARATION OF COUNSEL**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted on May 21, 2019.

/s/ *Nell Brown*
Nell Brown, Assistant Federal Public Defender
Attorney for Petitioner

**Page 2 – DECLARATION OF COUNSEL**