| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 6 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

FRANK E. GABLE,

    Petitioner-Appellee/
    Cross-Appellant,

 v.

MAX WILLIAMS,

    Respondent-Appellant/
    Cross-Appellee.

Nos. 19-35427, 19-35436

D.C. No. 3:07-cv-00413-AC
District of Oregon,
Portland

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

Petitioner Frank E. Gable's motion (Docket Entry No. 11) for a second extension of time in which to file the second cross-appeal brief is granted. The second cross-appeal brief is due March 12, 2020. Any further request for an extension of time to file this brief is disfavored. The respondent's third cross-appeal brief is due April 13, 2020. The optional cross-appeal reply brief is due within 21 days after service of the third cross-appeal brief.

tah/12.2.19/Pro Mo